SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Fairwood Associates<br><br>    Defendants | Case No. **2:09-cv-03592-LKK-KJN**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL APRIL 12, 2010 FOR DEFENDANT FAIRWOOD ASSOCIATES TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Fairwood Associates, by and through their respective attorneys of record, Scott N. Johnson; Nick Billings, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendant Fairwood Associates until March 12, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendant Fairwood Associates is granted an extension until April 12, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant Fairwood Associates' response will be due no later than April 12, 2010.

IT IS SO STIPULATED effective as of March 17, 2010

Dated: March 17, 2010          /s/Nick Billings_____

                               Nick Billings,

                               Attorney for Defendant

                               Fairwood Associates



Dated: March 17, 2010          /s/Scott N. Johnson ____

                               Scott N. Johnson,

                               Attorney for Plaintiff


STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED:** that Defendant Fairwood Associates shall have until April 12, 2010 to respond to complaint.

Dated: March 18, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com