SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>    vs.<br><br><br>Fairwood Associates,<br><br>         Defendants | Case No.: CIV.S 09-cv-03592-LKK-KJN<br><br>**STIPULATED DISMISSAL and ORDER {FRCP 41 (a)(1)}**<br><br><br>Complaint Filed:  DECEMBER 29, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(1).  The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

|   |   |
|---|---|
| | DISABLED ACCESS PREVENTS INJURY, INC. |
| Dated: October 25, 2010 | |
| | /s/Scott N. Johnson_____ |
| | SCOTT N. JOHNSON |
| | Attorney for Plaintiff |
| | |
| | ANWYL, SCOFFIELD & STEPP, LLP |
| Dated: October 25, 2010 | |
| | /s/James T. Anwyl_____ |
| | JAMES T. ANWYL |
| | Attorney for Defendants |

**IT IS SO ORDERED**.

Dated: October 27, 2010.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

2

STIPULATED DISMISSAL          CIV: S-09-cv-03592-LKK-KJN